**Order entered December 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00604-CR

**ALAN LEE WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-57841-R**

## ORDER

On November 4, 2014, this Court ordered the trial court to prepare and file, within fifteen days, a certification of appellant's right to appeal. To date, we have not received the certification, nor have we had any communication from the trial court regarding the status of the certification. The trial court is required to prepare a certification of the right to appeal in every case in which the defendant is appealing. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

Accordingly, we **ORDER** the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court, to prepare and file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/      ADA BROWN
         JUSTICE